

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00019-CV

Latoya Lavasiee **HOPKINS**,
Appellant

v.

**WOODLAKE TRAILS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-09005
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: April 15, 2026

DISSMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on February 20, 2026. After neither appellant's brief nor a motion for extension of time was filed, the clerk of this court sent appellant a notice of late brief. Again, appellant failed to file her brief or a motion for extension of time. On March 17, 2025, we ordered appellant to file her brief in this court on or before March 27, 2026, and warned her that failure to do so could result in her appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when

an appellant fails to timely file a brief); *see also id.* R. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

To date, appellant has not responded to our order nor filed her brief or a motion for extension of time. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c).

PER CURIAM